FILED
2016 JAN 14 PM 2:08
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

Jan. 8, 2016

is
Rodney A. Gener
705-934
℅ N.C.C.I.
P.O. Box 1812
Marion, OH
43302

Clerk of Courts
U.S. District Courts
Northern District, Western Div.
114 U.S. CourtHOUSE
1716 Spielbusch Ave.
Toledo, OH 43604

RE: 3:15 CV 2561

To Whom it Concerns;

    I do not know if this matter can be allowed an expedited resolution, but it is a very serious matter. One matter I did not bring up in this Notice was the fact Alot of information has come via a P.R.C. supervisor I have filed grievance Against and have started a T.R.O. for. He has committed unlawful acts against me before, one was unlawful violation and sent back to prison falsely.

    He states information that can only come from one place, the defendants.

His statements come via my case-manager, Ms. Smith (MARION UNIT C/D) in an E-MAIL she allowed me to read from him. He is intentionally setting me up for a violation by forcing me to use the Cherry Street Mission. I hate all religion and it's "mission" in this world. And he knows how deep my hatered is for all things religious. He knows people who use the Cherry Street Mission ARE "FORCED" to watch a religious movie and sermon. This is a sure thing to tick me off!

I do not know what to do. This is very, very real and serious. These allegations are NOT from a diseased mind. I've victum before and at a hearing I can prove it.

These people are mad as hell at me and ARE engaged in a course of retaliation against me.

As of 1/20/16 I will not be here. I will let you know where I land.

Sincerely,

Rodney Stofer

IN THE United States District Courts
Northern District, Western Division

| | |
|---|---|
| Rodney A. Geren, Pro Se<br>plaintiff<br>v<br>Paul A. Dobson, Wood Co. Pros.<br>Gwen Howes-Gebbers, Ast. Pros.<br>Det. Rod Smith, Wood Co. Sheriff<br>Police Chief Fairbanks, Rising Sun, OH<br>Kurt W. Beuderly, Esq.<br>Defendants | Case No: 3:15 CV 2561<br>Judge Helmick<br><br>Complaint of Retaliation by Certain Parties And/or Agents of State<br>Hearing Requested |

Now Comes Rodney A. Geren Advising this Court that certain parties named as defendants in this action, have in fact began retaliation by abuse of powers against me. And have enlisted other State Agents in thier quest to punish me for filing this Complaint as to thier unlawful Acts.

Percieved Acts begun:

1. Probate Judge will not protect my lawful expected inheritance in Wood Co. Case #2012-1285, the Estate of my mother Jacquie Fields. This Judge has Allowed the unlawful sale of Jacquie Fields's home for Land Taxes when in fact the Estate has debts owed and collectable to pay those taxes. He has allowed others to steal and comitt crimes against the Estate and myself with no repercussions at all. He claims no power yet the laws clearly states he has them and should in fact enforce. One transgressor is the Wood Co. Prosecutor as stated in the Complaint.

NOTICE of Retaliation (cont.)

2. The State has sold said property in spite of being given all documents showing the Tax debt can be paid. All it needed was a Court order releasing the funds. My motion(s) to have this done, as Probate demanded, were not allowed.

3. These Acts forced the Estate once solvent, into insolvancy thus denying me any and all chance of the original expected inheritance.

4. These Acts unlawful enriched others in violation of applicable rules of law and just plain unfairness.

5. And lastly this Act destroyed exculpatory evidence I would need should the State try to prosecute the Acts in this complaint which in effect on a Statute of Limitations clock. It also destroys evidence needed in this case. This fact is well know to the State of Ohio via Motions filed in Wood Co. Case(s) 2015CF0021 and 2012-1285 (Probate) as well as 6th Appellate Case(s) 2015-WD-0048, 2015-WD-0019, 2015 WD-76 (most recent).

I pray this Court takes swift Action and commence a hearing into this matter in an expedited fashion.

Respectfully
Rodney A. Heron