IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **Rodney A. Geren ,** | Case No. 3:15-cv-02561 |
| Plaintiff, | **ORDER** |
| v. | |
| **Paul A. Dobson, et al.,** | |
| Defendant. | |

On April 25, 2016, the undersigned issued an order directing the plaintiff to file a response to the pending motion for motions to dismiss case (Doc.21, 22) or this case would be dismissed for want of prosecution.  The plaintiff having failed to comply with the order, it is hereby

**ORDERED** that the complaint be, and the same hereby is dismissed for want of prosecution with  prejudice for failure to comply with prior order and otherwise respond to defendants' motions to dismiss.

**So Ordered.**

/s/ James G. Carr
**Sr. United States District Judge**