IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **Rodney A. Geren,** | Case No. 3:15-cv-02561 |
| Plaintiff, | Judgment Entry |
| v. | |
| **Paul A. Dobson, et al.,** | |
| Defendant. | |

For the reasons stated in the order filed contemporaneously with this Judgment, it is hereby

**ORDERED** that the complaint be, and the same hereby is dismissed for want of prosecution with prejudice for failure to comply with prior order and otherwise respond to defendants' motions to dismiss.

**So Ordered.**

/s/ James G. Carr
**Sr. United States District Judge**